UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gilo O. G.,

    Petitioner,

v.

William P. Barr, et al.,

    Respondents.

NO. 19-cv-1339 (PJS/DTS)

**ORDER**

---

Gilo O. G., Kandiyohi County Jail, 2201 23rd Street NE, Suite 101, Wilmar, Minnesota 56201, Petitioner.

Ann M. Bildsten & Pamela Marentette, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Respondents.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 28, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Gilo O.G.'s Petition for a Writ of Habeas Corpus Pursuant to § 2241 [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE.**

2. Gilo O.G.'s "Supplement Update," construed as a Motion for Injunctive Relief [Docket No. 10] is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 9/23/19

                                                  s/Patrick J. Schiltz
                                                  Hon. Patrick J. Schiltz
                                                  United States District Court Judge